WARD v. BOYCE et al. (Supreme Court, General Term, Third Department. December 19, 1894.) Action by Mary E. Ward against George B. Boyce and others. No opinion. Motion for leave to go to the court of appeals granted. See 30 N. Y. Supp. 491.

WAUGH, Respondent, v. BARCOMB et al., Appellants. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by William H. Waugh against Toussaint Barcomb and Margaret Barcomb. No opinion. Judgment affirmed, with costs.

WEST, Respondent, v. BUTTNER, Appellant. (Supreme Court, General Term, Fourth Department. September, 1894.) Action by Peter J. West against Peter Buttner. No opinion. Judgment affirmed, with costs. See Lewis v. Yagel, 77 Hun, 337, 28 N. Y. Supp. 833; Crouch v. Gutmann, 134 N. Y. 47, 31 N. E. 271; Peck v. State, 137 N. Y. 377, 33 N. E. 317.

WHITE, Appellant, v. DAHLMAN, Respondent. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by Walter White against Isaac H. Dahlman. No opinion. Order affirmed, with $10 costs and printing and other disbursements.

WHITEHILL ENGINE & PICTET ICE MACH. CO., Respondent, v. BINZ, Appellant. (Supreme Court, General Term, Second Department. December 10, 1894.) Action by the Whitehill Engine & Pictet Ice Machine Company against one Binz. James & Thomas H. Troy, for appellant. Chas. J. Patterson, for respondent.

DYKMAN, J. This is an appeal from a judgment entered upon a verdict in favor of the plaintiff after a trial at the circuit, and from an order denying a motion for a new trial on the minutes of the court. The action was brought for the recovery of machinery, pipes, and other articles which had been used in a brewery at Ft. Hamilton. The ownership of the property was in the plaintiff, and that fact was undisputed. The principal question litigated has reference to the demand and refusal to deliver the property. That question was submitted to the jury, and must have been decided in favor of the plaintiff, and there is evidence sufficient to support the verdict upon that point. The same thing may be said respecting the damages, and as we find no error in the record, the judgment and order denying the motion for a new trial should be affirmed, with costs.

WHITING, Respondent, v. STANDARD GAS-LIGHT CO., Appellant. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Mary M. Whiting against the Standard Gas-Light Company. Henry Thompson, for appellant. T. McCants Stewart, for respondent.

PER CURIAM. There was such evidence of negligence on the part of the defendant, and absence of contributory negligence on the part of the plaintiff, as justified the submission of the case to the jury. The appellant contends that excessive damages were awarded by the verdict. If we were inclined to the view that the evidence before us would justify such contention, still we could not interfere with the judgment, because the record does not inform us that it contains all the evidence. The judgment and order appealed from should be affirmed, with costs.

WILKINSON, Respondent, v. DAVIES, Appellant. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Caroline S. Wilkinson against Henry Eugene Davies, as administrator of Henry E. Davies, deceased. Byron Traver, for appellant. W. D. Leonard, for respondent.

PER CURIAM. This action was brought upon an agreement made with the plaintiff by the defendant to pay a certain sum for rooms and board, with no deductions in case of absence, to recover the amount agreed to be paid, less the amount received. There is no dispute as to the facts. The plaintiff was entitled to recover what the defendant agreed to pay, and there was no question in the case as to profits. The judgment should be affirmed, with costs.

WOOD, Respondent, v. SIDNEY SASH, BLIND & FURNITURE CO., Appellant. (Supreme Court, General Term, Fourth Department. September, 1894.) Action by Clarence W. Wood against the Sidney Sash, Blind & Furniture Company.

PER CURIAM. Without passing upon the questions raised by the demurrers herein, we are of the opinion that they were not so clearly without foundation as to justify the special term in holding them frivolous. Cook v. Warren, 88 N. Y. 37. Order reversed, with $10 costs and disbursements. Motions denied, with $10 costs.

WOOD, Respondent, v. TAYLOR, Appellant. (Superior Court of New York City, General Term. January 7, 1895.) Action by William G. Wood against Walter W. Taylor. A. W. Birkins, for appellant. James C. De La Mare, for respondent.

PER CURIAM. The judgment should be affirmed, with costs, upon the opinion filed by the learned judge below. 30 N. Y. Supp. 433.

WRIGHT, Respondent, v. SHANAHAN, Appellant. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by David Wright against James Shanahan. No opinion. Judgment appealed from affirmed, with costs, without prejudice to a motion at special term to conform the judgment to the decision of the trial court.